UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-82212-CIV-CANNON/Reinhart

**MIGUEL TINOCO**,

    Plaintiff,

v.

**BBMK CONTRACTING, LLC,**
**a Florida Limited Liability Company**,

    Defendant.
_____/

**ORDER GRANTING MOTION TO DISMISS**
**WITHOUT PREJUDICE AND CLOSING CASE**

**THIS CAUSE** comes before the Court upon the Motion to Dismiss Complaint filed by Defendant BBMK Contracting, LLC (the "Motion to Dismiss") [ECF No. 32], filed on August 30, 2021. Pursuant to Local Rule 7.1(c), Plaintiff's response to the Motion to Dismiss was due on or before September 13, 2021, yet Plaintiff did not file a response. On October 22, 2021, in light of Plaintiff's failure to respond, the Court entered an Order requiring Plaintiff to respond to the Motion to Dismiss on or before October 29, 2021, noting that failure to respond could be deemed sufficient cause to grant the motion by default [ECF No. 40 (citing S.D. Fla. L.R. 7.1(c)]. It is now more than ten days past the deadline for Plaintiff to comply with the Court's Order, and Plaintiff still has not filed a Response to Defendant's Motion to Dismiss or requested an extension of time to do so. The Local Rules provide: "Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(c).

Accordingly, it is **ORDERED AND ADJUDGED as follows:**

1. Defendant's Motion to Dismiss [ECF No. 32] is **GRANTED BY DEFAULT**.

CASE NO. 20-82212-CIV-CANNON/Reinhart

2. Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

3. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

4. The Clerk of Court is directed to **CLOSE** the case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 9th day of November 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record